IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALENZUELA RODRIGUEZ<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 2:12-cv-02688-ATG<br><br>ORDER REGARDING PLAINTIFFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS |

Although Plaintiff's application to proceed *in forma pauperis* includes a supporting affidavit, he fails to attach the required "certified copy of the trust fund account statement...for the 6-month period immediately preceding" this filing. 28 U.S.C. § 1915(a)(2). Although Plaintiff refers the Court to his account statement in another matter, that statement does not reflect the *entire* 6-month period "immediately preceding" the filing of this separate case. *Id.* The Court will not grant Plaintiff's application unless he submits a trust-account statement reflecting assets for the entire 6-month pre-filing period. To proceed with his application, Plaintiff must file such a statement within **45 days of entry of this order. Failure to comply with this order within 45 days of entry will result in the denial of the application.**

**IT IS SO ORDERED.**

DATED: November 7, 2012

/s/ Alfred T. Goodwin
_____
ALFRED T. GOODWIN
United States Circuit Judge
Sitting by designation

1