IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS V. RODRIGUEZ, an individual,

    Plaintiff,

No. CIV 12 - 02688 - ATG

vs.

<u>ORDER</u>

STATE OF CALIFORNIA, et al.,

    Defendants.

_____/

    The screening order filed in this case on July 19, 2013, is VACATED.

    This case is ordered transferred back to an Eastern District of California judge for reassignment. The Clerk of Court is to make the appropriate assignment.

DATED: April 7, 2014

    /s/ Alfred T. Goodwin

Judge Alfred T. Goodwin
SENIOR UNITED STATES CIRCUIT JUDGE

1